IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TIMOTHY E. SITES, | : | |
| Plaintiff, | : | Case No. 3:11cv00312 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration. | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This social security case previously came before the Court upon *pro se* Plaintiff Timothy E. Sites' "Complaint" (Doc. #8; docketed as a Motion for Hearing), and the record as a whole.  On February 16, 2012, Plaintiff's Motion for a Hearing (Doc. #8) was denied, however, he was given additional time to file a Supplemental Statement of Errors. The Court believed "his request for a hearing date suggests that he has more to say about his case, including, perhaps, additional information or arguments to present to the Court." (Doc. #9 at 2).  Accordingly, Plaintiff was provided until March 5, 2012 to file a Supplemental Statement of Errors, and a copy of the Sixth Amended Magistrate Judges' General Order No. 11 Concerning Social Security Appeals was attached to the Order for his reference.

To date, Sites has not filed a Supplemental Statement of Errors, nor requested an extension of time to do so.  As such, the Court therefore **ORDERS** that Plaintiff inform this Court **on or before April 20, 2012** why he has not yet filed a Supplemental Statement of Errors or requested an extension of time.  In the alternative, Plaintiff may simply file his Supplemental Statement of Errors on or before April 20, 2012.

Plaintiff should note that failure to file a Supplemental Statement of Errors, request an extension of time, or otherwise respond, may result in dismissal of this case for failure to prosecute.

March 20, 2012

                                                s/Sharon L. Ovington
                                                Sharon L. Ovington
                                            United States Magistrate Judge