# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TIMOTHY E. SITES, | : | |
| Plaintiff, | : | |
| | | Case No. 3:11cv00312 |
| vs. | : | |
| | | District Judge Thomas M. Rose |
| MICHAEL J. ASTRUE, | : | Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social | | |
| Security Administration, | : | |
| Defendant. | : | |

## DECISION AND ENTRY

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on July 19, 2012 (Doc. #15) is ADOPTED in full;

2. The Commissioner's final non-disability decision is affirmed; and,

3. The case is terminated on the docket of this Court.

August 7, 2012                                           **THOMAS M. ROSE**

                                                                    Thomas M. Rose
                                                           United States District Judge